UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                         CASE NO.: 17-23548-LMI
                                                                                               CHAPTER 7
Bernardo Roman, III

    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, undersigned Counsel, and files this Motion to Withdraw as Counsel of record for KATHLEEN BLISS ("Ms. Bliss"), and respectfully moves this Court to enter an order excusing Alan J. Perlman, Esq. and Dickinson Wright PLLC from further representing the interests of Ms. Bliss in this matter, and in support thereof states as follows:

1. On March 13, 2018, undersigned formalized the retention for Ms. Bliss and filed the corresponding Notice of Appearance (D.E. 84).

2. On March 13, 2018, the Trustee Re-Noticed the 2004 Exam for Ms. Bliss to April 26, 2018 at 9:30 a.m. That date was coordinated while undersigned was recovering from a medical procedure and attempting to work from his residence.

3. Despite best intentions, the undersigned has irreconcilable differences with the client, Ms. Bliss, requiring the instant motion.

4. Ms. Bliss does not object and consents to the relief sought herein.

5. Undersigned does not know if new counsel has been retained. Thus, the mailing address for Ms. Bliss is: 6278 North Federal Highway, #447, Fort Lauderdale, FL 33308.

WHEREFORE, based on the above, attorney Alan J. Perlman respectfully requests that this Honorable Court enter an order granting this Motion to Withdraw as Counsel in this matter and be excused from further representation of Ms. Bliss.

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 2090-1(A)

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April 19, 2018 via CM/ECF on all parties who are registered for electronic notice.

**I HEREBY FURTHER CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

/s/Alan J. Perlman
Alan J. Perlman
Florida Bar No: 826006
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Phone: 954-991-5427
Fax: 844-670-6009
aperlman@dickinsonwright.com
nalicea@dickinsonwright.com
*Counsel for Kathleen Bliss*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the Court's CM/ECF system to all parties registered for electronic notice on this 19th day of April, 2018.

/s/Alan J. Perlman
Alan J. Perlman
Florida Bar No: 826006